**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 25-20338-SHL |
| LUIS GONZALEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ON CHANGE OF PLEA

This cause came to be heard on February 26, 2026, the Assistant United State Attorney for this district, Regina Brittenum, appearing for the Government, and the Defendant, Luis Gonzalez appearing in custody and with counsel, Unam Peter Oh.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

SENTENCING in this case is set Friday, June 5, 2026 at 1:30 P.M. before Chief Judge Sheryl H. Lipman in Courtroom No. 1, on the 11th floor of the Federal Building in Memphis, Tennessee.

Pursuant to Local Criminal Rule 32.1, the Presentence Report prepared by the United States Probation Officer shall be provided to the parties at least thirty-five (35) days prior to sentencing. Counsel for the parties shall submit any objections or requests in writing to the Probation Officer no more than fourteen (14) days after receiving the report and attempt to resolve any issues involving the report. No more than twenty-one (21) days after receiving the report, the parties shall file their position papers on sentencing with the Court. At least 7 days before the sentencing, the Probation Officer shall submit the final report to the Court and the parties.

Defendant remains in custody of the USM.

**IT IS SO ORDERED**, this the 26th day of February, 2026.

s/Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE